IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| STATE OF CALIFORNIA, et al., | CV-17-42-GF-BMM |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RYAN ZINKE, et al., | |
| Defendants. | |

Plaintiffs have moved for admission of Bill Grantham (Mr. Grantham) (Doc. 20) to practice before this Court in this case with Roger Sullivan of McGarvey, Heberling, Sullivan & Lacey, P.C. to act as local counsel. Mr. Grantham's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiffs' motion to allow Mr. Grantham to appear on their behalf (Doc. 20) is **GRANTED** on the following conditions:

-1-

1. Local counsel, Mr. Sullivan will be designated as lead counsel or as co-lead counsel with Mr. Grantham.  Mr. Grantham must do is own work.  He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.  Local counsel, Mr. Sullivan shall also shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Grantham, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Grantham.

DATED this 5th day of June, 2017.

_____
Brian Morris
United States District Court Judge