ROGER SULLIVAN
DUSTIN LEFTRIDGE
McGarvey, Heberling, Sullivan & Lacey, P.C.
345 1st Ave. E.
Kalispell, Montana 59901-5341
(406) 752-5566
RSullivan@McGarveyLaw.com

XAVIER BECERRA
Attorney General of California
DAVID ZONANA
Supervising Deputy Attorney General
GEORGE TORGUN (*pro hac vice*)
CA Bar No. 222085
ELIZABETH B. RUMSEY (*pro hac vice*)
CA Bar No. 257908
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
Telephone: (510) 879-1002
E-mail:  George.Torgun@doj.ca.gov

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF NEW MEXICO; STATE OF NEW YORK;** and **STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**RYAN ZINKE,** in his official capacity as Secretary of the Interior; **UNITED STATES BUREAU OF LAND MANAGEMENT**; and **UNITED STATES DEPARTMENT OF THE INTERIOR,**<br><br>Defendants. | Case No. CV 17-30-BMM [Lead]<br><br>Consolidated with:<br><br>Case No. CV 17-42-BMM<br><br>**STATE PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

State Plaintiffs hereby request that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of a February 14, 2019 press release issued by Defendant U.S. Department of the Interior and entitled, "The War on Coal is Over: Interior Announces Historic Coal Projects in Utah." The press release is attached as Exhibit A to the Declaration of George Torgun in Support of State Plaintiffs' Request for Judicial Notice ("Torgun Decl."), filed herewith.

Under Federal Rule of Evidence 201, a court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). A fact is appropriate for judicial notice if it is not subject to reasonable dispute, in that it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). "The court may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d).

The press release attached to the accompanying declaration constitutes a public record downloaded from the website of a federal agency and has been properly authenticated pursuant to Federal Rule of Evidence 901(b)(7). *See* Torgun Decl., ¶ 2. Matters of public record are considered appropriate subjects of judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). Further, it is "appropriate to take judicial notice" of information "made publicly available by government entities," or on a website where neither party disputes the authenticity of the website nor the accuracy of the information displayed. *Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010); *see also Alliance for the Wild Rockies v. Zinke*, 265 F. Supp. 3d 1161, 1176 (D. Mont. 2017) (court may take judicial notice of publically available government documents). In addition, "[f]ederal courts consider records from government websites to be self-authenticating" under Federal Rule of Evidence 902(5). *See Paralyzed Veterans of*

*America v. McPherson*, 2008 WL 4183981, *7 (N.D. Cal. Sept. 9, 2008) (citing cases).

The press release is relevant to Defendants' arguments regarding State Plaintiffs' standing to bring this action, ECF No. 124 at 17-21, including whether State Plaintiffs' satisfy the injury-in-fact and causation prongs of the standing test. *See National Ass'n for Gun Rights, Inc. v. Murry*, 969 F. Supp. 2d 1262, 1266 (D. Mont. 2013) (court will take judicial notice of public documents that are "relevant to the issues at hand"); *Sierra Club v. Tahoe Regional Planning Agency,* 2013 WL 3070632, *3 (E.D. Cal. June 17, 2013) (finding that "public records relevant to determine Plaintiffs' standing" are "appropriate for judicial notice").  In particular, as Defendants state in the press release:

> Through the continued approval of coal lease applications and modifications, the BLM has been able to support the success of coal development on federal lands – including the Alton and SUFCO coal mines.  Secretarial Order 3348 made these actions possible by overturning the 2016 moratorium on all new coal leases on federal land.

Torgun Decl., Exh. A at 1-2.

Thus, the Court should take judicial notice of the attached press release.

Dated:  February 20, 2019

Respectfully submitted,

/s/ Roger Sullivan
ROGER SULLIVAN
DUSTIN LEFTRIDGE
McGarvey, Heberling, Sullivan & Lacey, P.C.
345 1st Ave. E.
Kalispell, Montana 59901-5341
(406) 752-5566
RSullivan@McGarveyLaw.com

Attorneys for Plaintiffs


XAVIER BECERRA
Attorney General of California
DAVID ZONANA
Supervising Deputy Attorney General

/s/ George Torgun
GEORGE TORGUN (*pro hac vice*)
CA Bar No. 222085
ELIZABETH B. RUMSEY (*pro hac vice*)
CA Bar No. 257908
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
Telephone:  (510) 879-1002
E-mail:  George.Torgun@doj.ca.gov

Attorneys for Plaintiff State of California


HECTOR BALDERAS
Attorney General of New Mexico

/s/ Bill Grantham
BILL GRANTHAM (*pro hac vice*)
Assistant Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 717-3520
E-Mail: wgrantham@nmag.gov

Attorneys for Plaintiff State of New Mexico

LETITIA JAMES
Attorney General of the State of New York

/s/ Andrew G. Frank
YUEH-RU CHU (*pro hac vice*)
ANDREW G. FRANK (*pro hac vice*)
Assistant Attorneys General
New York State Office of the Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, New York 10005
Telephone: 212-416-8271
Email: andrew.frank@ag.ny.gov

Attorneys for Plaintiff State of New York

ROBERT W. FERGUSON
Attorney General of Washington

/s/ William R. Sherman
WILLIAM R. SHERMAN (*pro hac vice*)
WA Bar No. 29365
AURORA R. JANKE
MT Bar No. 39522610
Assistant Attorney General
800 5th Ave Suite 2000, TB-14
Seattle, WA 98104-3188
Telephone: (206) 442-4485
Email: bill.sherman@atg.wa.gov

Attorneys for Plaintiff State of Washington